Hon. J. Kelley Arnold

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SABINE STONE, a single woman, | CASE NO. C 05-5210 JKA |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL OF LAWSUIT WITH PREJUDICE |
| OLYMPIC PHARMACY HEALTHCARE SERVICES, a Washington Corporation, | |
| Defendant. | |

Based on the stipulation of the parties, through their counsel of record, and good cause being shown therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

ORDERED this 27th day of June, 2005.

*/s/ J. Kelley Arnold*
Honorable J. Kelley Arnold

**ORDER OF DISMISSAL - 1**
U.S.D.C. No. 05-5210JKA

**DAVIS GRIMM PAYNE & MARRA**
**701 Fifth Avenue, Suite 4040**
**Seattle, WA  98104**
**(206) 447-0182**

1  Presented by:

2  /s/EILEEN M. LAWRENCE                         /s/TRACY S. FLOOD
3  Eileen M. Lawrence, WSBA #11885         Tracy S. Flood, WSBA #30330
   DAVIS GRIMM PAYNE & MARRA               700 Prospect St., Suite 203
4  701 Fifth Avenue, Suite 4040             Port Orchard, WA 98366
   Seattle, WA 98104                        Telephone: (360) 895-2400
5  Telephone: (206) 447-0182                Facsimile: (360) 895-5423
6  Facsimile: (206) 622-9927                Email: fltracylaw@aol.com
   Email: elawrence@davisgrimmpayne.com     Attorney for Plaintiff
7  Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

**ORDER OF DISMISSAL - 2**
U.S.D.C. No. 05-5210JKA

**DAVIS GRIMM PAYNE & MARRA**
**701 Fifth Avenue, Suite 4040**
**Seattle, WA  98104**
**(206) 447-0182**